IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**ERIN ELIZABETH FINN,**  Case No. 3:25-cv-00543-WWB-MCR
**RIZZA ISLAM, SAYER JI,**
**CHRISTIANE NORTHRUP,**
**BEN TAPPER,**
**and SHERRI TENPENNY,**

    Plaintiffs,

vs.

**GLOBAL ENGAGEMENT CENTER,**
**CENTER FOR COUNTERING DIGITAL HATE, INC.,**
**CYBERSECURITY AND INFRASTRUCTURE SECURITY AGENCY,**
**ACTING DIRECTOR OF CISA BRIDGET BEAN, in her official capacity,**
**U.S. DEPARTMENT OF STATE,**
**SECRETARY OF STATE MARCO RUBIO, in his official capacity,**
**U.S. DEPARTMENT OF HOMELAND SECURITY,**
**SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY**
**KRISTI NOEM, in her official capacity,**
**FEDERAL BUREAU OF INVESTIGATION, DIRECTOR OF THE FEDERAL**
**BUREAU OF INVESTIGATION KASH PATEL, in his official capacity,**
**FEDERAL COMMUNICATIONS COMMISSION, FCC CHAIRMAN**
**BRENDAN CARR, in his official capacity,**
**PRESIDENT DONALD J. TRUMP, in his official capacity,**
**META PLATFORMS, INC., a Delaware corporation,**
**GOOGLE LLC, a Delaware limited liability company,**
**X CORP., a Nevada corporation, ROB FLAHERTY, individually,**
**VIVEK MURTHY, individually, ELVIS CHAN, individually,**
**IMRAN AHMED, and JOHN and JANE DOES 1-10,**

    Defendants.
_____/

**PLAINTIFFS' NOTICE OF DESIGNATION OF LEAD COUNSEL**

Plaintiffs ERIN ELIZABETH FINN, RIZZA ISLAM, SAYER JI, CHRISTIANE NORTHRUP, BEN TAPPER, and SHERRI TENPENNY ("Plaintiffs") pursuant to M.D. Fla. Local Rule 2.02(a), hereby file this Notice of Designation of Seldon J. Childers, Esq. of Childers Law, LLC as Lead Counsel for Plaintiffs in this matter; and Plaintiffs request that all future pleadings, motions, filings, correspondence, and other documents in this matter be directed to Lead Counsel at the address listed below.

Dated: May 20, 2025.



2135 NW 40th Terrace, Suite B
Gainesville, Florida 32605
tel. 866-996-6104
fax 407-209-3870

*/s/ Seldon J. Childers*
Seldon J. Childers
Florida Bar No. 61112
jchilders@smartbizlaw.com
Nicholas P. Whitney
Florida Bar No. 119450
nwhitney@smartbizlaw.com
notice@smartbizlaw.com

Plaintiffs' Notice of Designation of Lead Counsel
*Plaintiffs v. Global Engagement Center, et al.* | Case No. 3:25-cv-00543-WWB-MCR
Page 2 of 3

        CH LAW FIRM, PLLC

        */s/ Charles H. Hardage*
        Charles H. Hardage
        Florida Bar No. 76917
        5204 Highlands Lakeview Loop
        Lakeland, FL 33812
        Phone: (904) 426-7257
        hardagelaw@gmail.com
        servicehardagelaw@gmail.com

Plaintiffs' Notice of Designation of Lead Counsel
*Plaintiffs v. Global Engagement Center, et al.* | Case No. 3:25-cv-00543-WWB-MCR
Page 3 of 3