UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ERIN ELIZABETH FINN, RIZZA ISLAM,
SAYER JI, CHRISTIANE NORTHRUP,
BEN TAPPER and SHERRI
TENPENNY,

        Plaintiffs,

v.     Case No.: 3:25-cv-543-WWB-MCR

GLOBAL ENGAGEMENT CENTER,
CENTER FOR COUNTERING DIGITAL
HATE, INC, CYBERSECURITY AND
INFRASTRUCTURE SECURITY
AGENCY, ACTING DIRECTOR CISA
BRIDGET BEAN, U.S. DEPARTMENT
OF STATE, SECRETARY OF STATE
MARCO RUBIO, U.S. DEPARTMENT
OF HOMELAND SECURITY,
SECRETARY DHS KRISTI NOEM,
FEDERAL BUREAU OF
INVESTIGATION (FBI), DIRECTOR OF
THE FBI KASH PATEL, FEDERAL
COMMUNICATIONS COMMISSION,
FCC CHAIRMAN BRENDAN CARR,
PRESIDENT DONALD J. TRUMP,
META PLATFORMS, INC., GOOGLE
LLC, X CORP., ROB FLAHERTY,
VIVEK MURTHY, ELVIS CHAN, IMRAN
AHMED and JOHN/JANE DOES 1-10,

        Defendants.
_____/

**ORDER**

THIS CAUSE is before the Court on the parties' Joint Motion to Stay Case Deadlines Pending Ruling on Forthcoming Motions to Transfer (Doc. 63).[1]  Therein, the

---

[1] The Motion fails to comply with this Court's January 13, 2021 Standing Order and the requirements of Local Rule 3.01(a).  In the interests of justice, the Court will consider

parties who have appeared in this action request a stay of the responsive-pleading deadlines and case management conference pending this Court's ruling on the parties' forthcoming motions to transfer, which Plaintiffs intend on opposing. (*Id.* at 1). The parties also request the following briefing schedule for the anticipated motions to transfer: (1) motions to transfer be filed by October 17, 2025; (2) responses in opposition be filed by November 21, 2025; and (3) replies be filed by December 12, 2025. (*Id.* at 2).

Upon review, the Court concludes that the parties fail to demonstrate that a stay and an altered briefing schedule is warranted. The parties reason that a stay would conserve judicial and party resources. (*Id.* at 1). Should this Court grant transfer of this action to another federal court, a responsive pleading to the Amended Complaint (Doc. 8) that complies with the Federal Rules of Civil Procedure must still be filed. Thus, the Court does not see how a stay ultimately conserves resources. As to the request for an extended briefing schedule (and underlying request for leave to file a reply) for the anticipated motions to transfer, the parties did not provide a factual or legal basis to depart from the forthcoming case management and scheduling order and response times governed by the Local Rules. *See* M.D. Fla. R. 3.01(c) ("A party may respond to a motion within fourteen days after service of the motion."). Accordingly, the Motion will be denied. The parties must file a joint case management report in compliance with Local Rule 3.02. (*See* Doc. 6).

---

the Motion, but the parties are cautioned that future failures to comply with all applicable rules and orders of this Court may result in the striking or denial of filings without notice or leave to refile.

Therefore, it is hereby **ORDERED** and **ADJUDGED** that the parties' Joint Motion to Stay Case Deadlines Pending Ruling on Forthcoming Motions to Transfer (Doc. 63) is **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida on September 8, 2025.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record