UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ERIN ELIZABETH FINN, et al.

      Plaintiffs,

v.                                            Case No. 3:25-cv-00543-WWB-MCR

GLOBAL ENGAGEMENT CENTER, et al.

      Defendants.

_____/

## NOTICE OF RESTORATION OF APPROPRIATIONS AND REQUEST TO LIFT STAY

      The Government Defendants, in accordance with the endorsed Order entered staying this action in light of the lapse of appropriations (Docs. 85 & 87), hereby notify the Court that, due to the enactment of a continuing resolution on November 12, 2025, funding to the Department of Justice and the various Government agencies has been restored through January 30, 2026. In accordance with the unopposed motion for stay and the endorsed order, the Government Defendants request that the Court enter an order re-setting the deadline for the Defendants to respond to the operative complaint and resetting case management deadlines commensurate with the duration of the lapse in appropriations, *i.e.*, forty-three days.

Dated: November 20, 2025                         Respectfully submitted,

                                                            GREGORY W. KEHOE
                                                              United States Attorney

                                                              */s/ Ronnie S. Carter*
                                                              RONNIE S. CARTER
                                                             Assistant United States Attorney
                                                            Florida Bar No. 0948667
                                                           300 North Hogan Street, Suite 700
                                                           Jacksonville, FL 32202-4270

Telephone No. (904) 301-6322/6300
Facsimile No. (904) 301-6240
Email: Ronnie.Carter@usdoj.gov
*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 20, 2025, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the CM/ECF participants who are counsel of record:

| | |
|---|---|
| Seldon J. Childers, Esquire<br>Nicholas P. Whitney, Esquire<br>Childers Law, LLC<br>2135 NW 40th Terrace, Ste. B<br>Gainesville, FL 32605<br>Email: jchilders@smartbiz.com<br>notice@smartbizlaw.com<br>*Lead Attorney for Plaintiffs* | Nicholas P. Whitney, Esquire<br>Childers Law, LLC<br>2135 NW 40th Terrace, Ste. B<br>Gainesville, FL 32605<br>Email: nwhitney@smartbizlaw.com<br>notice@smartbizlaw.com<br>*Attorneys for Plaintiffs*<br><br>Charles H. Hardage, Esquire<br>CH Law Firm, PLLC<br>5204 Highlands Lakeview Loop<br>Lakeland, FL 33182<br>Email: chardage@smartbizlaw.com<br>*Attorneys for Plaintiff* |
| Ariel Deitchman, Esquire<br>Kirkland & Ellis LLP<br>98 S.E. 7th Street<br>Miami, FL 33131<br>Email: Ariel.Deitchman@Kirkland.com<br>*Lead Attorney for Defendant Meta Platforms, Inc.* | Marianna Chapleau, Esquire<br>Kirkland & Ellis LLP<br>98 S.E. 7th Street, Suite 700<br>Miami, FL 33131<br>Email: MChapleau@Kirkland.com<br><br>Jordan Greene, Esquire<br>Kasdin Mitchell, Esquire<br>Kirkland & Ellis LLP<br>1301 Pennsylvania Ave, NW<br>Washington, DC 20004<br>Email: Jordan.Greene@Kirkland.com<br>Kasdin.Mitchell@Kirkland.com<br>Shane O'Connor, Esquire<br>Kirkland & Ellis LLP<br>4550 Travis Street<br>Dallas, TX 75205<br>Email: Shane.OConnor@Kirkland.com |

Case 3:25-cv-00543-WWB-MCR   Document 90   Filed 11/20/25   Page 3 of 3 PageID 1139

|  | Dennis Waggoner, Esquire<br>Tori Simmons, Esquire<br>Hill Ward Henderson, PA<br>101 E Kennedy Blvd, Suite 3700<br>P.O. Box 2231<br>Tampa, FL 33602-5195<br>Email: Dennis.Waggoner@hwhlaw.com<br>Tori.Simmons@hwhlaw.com<br>*Attorneys for Defendant Meta Platforms, Inc.* |
|---|---|
| Brian Underwood, Jr., Esquire<br>Damon Whitaker, Esquire<br>Eric Schroeder, Esquire<br>Rachel Jones, Esquire<br>Bryan Cave Leighton Paisner LLP<br>1201 W. Peachtree Street, NW, 14th Flr<br>Atlanta, GA 30309<br>Email: Brian.Underwood@bclplaw.com<br>Damon.Whitaker@bclplaw.com<br>Eric.Schroeder@bclplaw.com<br>Rachel.Jones@bclplaw.com<br>*Attorneys for Defendant Google LLC* | Ashley Hayes, Esquire<br>Shook, Hardy & Bacon LLP<br>100 N. Tampa Street, Suite 2900<br>Tampa, FL 33602-5810<br>Email: AHayes@shb.com<br><br>Kenneth Trujillo-Jamison, Esquire<br>Willenken LLP<br>707 Wilshire Blvd, Suite 4100<br>Los Angeles, CA 90017<br>Email: KTrujillo-Jamison@Willenken.com<br>*Attorneys for X Corp* |
| Abbe Lowell, Esquire<br>1250 H Street, NW, Suite 250<br>Washington, DC 20005<br>Email: ALowepublicoutreach@Lowellandassociates.com<br>*Lead Attorney for Defendant Rob Flaherty* | Lawrence Berger, Esquire<br>Berger & Deplas, PC<br>70 Glen Street, Suite 395<br>Glen Cove, NY 11542<br>Email: LBerger@LBfedlaw.com<br><br>*Lead Attorney for Defendant Elvis Chan* |

*/s/ Ronnie S. Carter*

RONNIE S. CARTER
Assistant United States Attorney

3